UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

MARTIN CENTENO,

    Plaintiff,

v.

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., *et al.*,

    Defendants.

Case No. 2:12-CV-56-KJD-RJJ

**ORDER**

    Presently before the Court is Plaintiff's Notice of Dismissal (#24). Plaintiff seeks to voluntarily dismiss his case in accordance with Federal Rule of Civil Procedure 41. Since Defendants have not filed an answer or motion for summary judgment, the Court grants Plaintiff's motion and dismisses Plaintiff's complaint without prejudice. All outstanding motions are denied as moot.

    DATED this 1st day of August 2012.

_____
Kent J. Dawson
United States District Judge